BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| WILLIAM P. BENNETT,    ) | |
|     ) | CIVIL NO. 2:11-cv-01679-EFB |
|     Plaintiff,    ) | |
|     ) | |
|     v.    ) | STIPULATION AND ORDER TO EXTEND |
|     ) | TIME TO FILE DEFENDANT'S CROSS- |
| MICHAEL J. ASTRUE,    ) | MOTION FOR SUMMARY JUDGMENT |
| Commissioner of    ) | |
| Social Security,    ) | |
|     ) | |
|     Defendant.    ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

    Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs, as well as substantive non-litigation matters.

    The current due date is December 9, 2011. The new due date will be January 9, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.


                        Respectfully submitted,

Dated: December 8, 2011        /s/*Frederick H. Lundblade, III*
                                   (As authorized via email)
                                   Frederick H. Lundblade, III
                                   Attorney for Plaintiff

Dated: December 7, 2011        BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   /s/ *David Lerch*
                                   DAVID LERCH
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: December 12, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE