1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT, IL SBN 6191786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    DAVID W. LERCH, CA SBN 229411
4   Special Assistant United States Attorney
            333 Market Street, Suite 1500
5           San Francisco, California 94105
            Telephone:  (415) 977-8936
6           Facsimile:  (415) 744-0134
            E-Mail: David.Lerch@ssa.gov
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                         **SACRAMENTO DIVISION**
11

12  WILLIAM P. BENNETT,              )
                                     )        CIVIL NO. 2:11-cv-01679-EFB
13          Plaintiff,               )
                                     )
14                                   )        STIPULATION AND ORDER TO EXTEND
            v.                       )        TIME TO FILE DEFENDANT'S CROSS-
15                                   )        MOTION FOR SUMMARY JUDGMENT
    MICHAEL J. ASTRUE,               )
16  Commissioner of                  )
    Social Security,                 )
17                                   )
            Defendant.               )
18  _____)

19
            The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20
    attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's
21
    motion for summary judgment.
22
            Counsel for Defendant respectfully requests an extension of time due to his workload, which
23
    includes other district court briefs, as well as substantive non-litigation matters.
24
            The current due date is December 9, 2011.  The new due date will be January 9, 2012.
25
            The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
26

27

28

Respectfully submitted,

Dated: December 8, 2011

/s/*Frederick H. Lundblade, III*
(As authorized via email)
Frederick H. Lundblade, III
Attorney for Plaintiff

Dated: December 7, 2011

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration


/s/ *David Lerch*
DAVID LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED:  December 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time